ACCEPTED
15-24-00050-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 5:15 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00050-CV**

# In the Fifteenth District Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 5:15:34 PM
CHRISTOPHER A. PRINE
Clerk

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY and
GUADALUPE-BLANCO RIVER AUTHORITY,
*Appellants,*

v.

NATIONAL WILDLIFE FEDERATION,
*Appellee.*

On Appeal from the 98th District Court of Travis County, Texas
Cause No. D-1-GN-20-007096

## APPELLANT TEXAS COMMISSION ON ENVIRONMENTAL QUALITY'S ORAL ARGUMENT EXHIBIT

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection
Division

KATIE B. HOBSON
Assistant Attorney General
State Bar No. 24082680
Katie.Hobson@oag.texas.gov

Office of the Attorney General
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax:(512) 320-0911

COUNSEL FOR THE TEXAS COMMISSION ON ENVIRONMENTAL
QUALITY

**TCEQ ORAL ARGUMENT EXHIBIT**

Exhibit 1    Texas Water Code Chapter 11 – Statutory Excerpts

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Katie B. Hobson*
KATIE B. HOBSON
Assistant Attorney General
State Bar No. 24082680
Katie.Hobson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P. O. Box 12548, MC-066
Austin, Texas 78711-2548
Tel: (512) 475-4019 | Fax: (512) 320-0911

**ATTORNEYS FOR THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2025, a true and correct copy of the foregoing was served upon the following counsel electronically through an electronic filing manager or by email:

Marisa Perales
marisa@txenvirolaw.com
PERALES, ALLMON & ICE, P.C.
1206 San Antonio Street
Austin, Texas 78701

***Attorney for National Wildlife Federation***

Samia Broadaway
samia.broadaway@bakerbotts.com
John Ormiston
john.ormiston@bakerbotts.com
Molly Cagle
molly.cagle@bakerbotts.com
BAKER BOTTS, L.L.P.
401 S. First Street, Suite 1300
Austin, Texas 78704-1296

***Attorneys for Guadalupe-Blanco River Authority***

*/s/ Katie B. Hobson*
KATIE B. HOBSON

3

# EXHIBIT 1

# Texas Water Code Chapter 11 - Statutory Excerpts

## Required Consideration of Environmental Flow Standards

**Tex. Water Code § 11.147(e-3).** Notwithstanding Subsections (b)-(e), for the purpose of determining the environmental flow conditions necessary to maintain freshwater inflows to an affected bay and estuary system, existing instream uses and water quality of a stream or river, or fish and aquatic wildlife habitats, the commission shall apply any applicable environmental flow standard, including any environmental flow set-aside, adopted under Section 11.1471 instead of considering the factors specified by those subsections.

**Tex. Water Code § 11.147(e).** The commission shall include in the permit, to the extent practicable when considering all public interests, those conditions considered by the commission necessary to maintain fish and wildlife habitats. In determining what conditions to include in the permit under this subsection, the commission shall consider any assessment performed under Section 11.152.

**Tex. Water Code § 11.152.** ASSESSMENT OF EFFECTS OF PERMITS ON FISH AND WILDLIFE HABITATS. In its consideration of an application for a permit to store, take, or divert water in excess of 5,000 acre feet per year, the commission shall assess the effects, if any, on the issuance of the permit on fish and wildlife habitats and may require the applicant to take reasonable actions to mitigate adverse impacts on such habitat. In determining whether to require an applicant to mitigate adverse impacts on a habitat, the commission may consider any net benefit to the habitat produced by the project. The commission shall offset against any mitigation required by the U.S. Fish and Wildlife Service pursuant to 33 C.F.R. Parts 320-330 any mitigation authorized by this section.

# The Legislature's Stated Policy for Chapter 11

**Sec. 11.0235. POLICY REGARDING WATERS OF THE STATE.** (a) The waters of the state are held in trust for the public, and the right to use state water may be appropriated only as expressly authorized by law.

(b) Maintaining the biological soundness of the state's rivers, lakes, bays, and estuaries is of great importance to the public's economic health and general well-being. The legislature encourages voluntary water and land stewardship to benefit the water in the state, as defined by Section 26.001.

(c) The legislature has expressly required the commission while balancing all other public interests to consider and, to the extent practicable, provide for the freshwater inflows and instream flows necessary to maintain the viability of the state's streams, rivers, and bay and estuary systems in the commission's regular granting of permits for the use of state waters. As an essential part of the state's environmental flows policy, all permit conditions relating to freshwater inflows to affected bays and estuaries and instream flow needs must be subject to temporary suspension if necessary for water to be applied to essential beneficial uses during emergencies.

(d) The legislature has not expressly authorized granting water rights exclusively for:

    (1) instream flows dedicated to environmental needs or inflows to the state's bay and estuary systems; or

    (2) other similar beneficial uses.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Courtney on behalf of Katie Hobson
Bar No. 24082680
laura.courtney@oag.texas.gov
Envelope ID: 98761627
Filing Code Description: Exhibit
Filing Description: TCEQ's Oral Argument Exhibit
Status as of 3/24/2025 7:01 AM CST

Associated Case Party: Guadalupe-Blanco River Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Macey ReasonerStokes | | macey.stokes@bakerbotts.com | 3/21/2025 5:15:34 PM | SENT |
| Molly Cagle | 3591800 | molly.cagle@bakerbotts.com | 3/21/2025 5:15:34 PM | SENT |
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 3/21/2025 5:15:34 PM | SENT |
| John Ormiston | 24121040 | john.ormiston@bakerbotts.com | 3/21/2025 5:15:34 PM | SENT |

Associated Case Party: National Wildlife Federation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marisa Perales | 24002750 | marisa@txenvirolaw.com | 3/21/2025 5:15:34 PM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Katie B.Hobson | | katie.hobson@oag.texas.gov | 3/21/2025 5:15:34 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura Courtney | | laura.courtney@oag.texas.gov | 3/21/2025 5:15:34 PM | SENT |
| Mahita Shankar | | mahita@txenvirolaw.com | 3/21/2025 5:15:34 PM | SENT |